# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID VACARRO,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FUNDING CIRCLE USA INC.,**<br><br>Defendants. | Case No. 2:16-cv-09338-TJH-AJWx<br><br>**ORDER [JS-6]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated this 17TH day of July 2017

_____
The Honorable Terry J. Hatter, Jr.
UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1